FILED
CLERK, U.S. DISTRICT COURT

OCT 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN VALLE,<br><br>    Petitioner,<br><br>    v.<br><br>LARRY SCRIBNER, Warden,<br><br>    Respondent. | Case No. CV 06-5958 MMM(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), Petitioner's Request to Stay and Abey ("Stay Request"), all of the records herein, the attached Report and Recommendation of United States Magistrate Judge, and Petitioner's Objections thereto. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS HEREBY ORDERED that Judgment be entered denying the Petition and the Stay Request, and dismissing this action without prejudice.

///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2  United States Magistrate Judge's Report and Recommendation, and the Judgment
3  herein by United States mail on Petitioner and on counsel for Respondent.
4  LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED: _____Oct. 31_____, 2008.

   _____
   HONORABLE MARGARET M. MORROW
   UNITED STATES DISTRICT JUDGE