UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN VALLE,<br><br>    Petitioner,<br><br>v.<br><br>LARRY SCRIBNER, Warden,<br><br>    Respondent. | Case No. CV 06-5958 MMM(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and Petitioner's Request to Stay and Abey are denied and this action is dismissed without prejudice.

DATED: _____Oct. 31_____, 2008

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE